# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-50004
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 3, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

ESTEBAN FERNANDO TORRES-ZERMENO,

*Defendant—Appellant,*

CONSOLIDATED WITH

---

No. 25-50005
Summary Calendar

---

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

ESTEBAN TORRES,

*Defendant—Appellant.*

No. 25-50004
c/w No. 25-50005

---

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:24-CR-279-1,
4:24-CR-339-1

---

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Esteban Fernando Torres-Zermeno has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Torres-Zermeno has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

2